David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
LEON HARRIS JR.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEON HARRIS JR., <br><br> Plaintiff, <br><br> vs. <br><br> VEGAS VALLEY COLLECTION, LLC, <br><br> Defendant(s). | Case No.: **2:17-cv-00685-APG-PAL** <br><br> **NOTICE OF SETTLEMENT BETWEEN LEON HARRIS JR. AND <u>VEGAS VALLEY COLLECTION, LLC</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between LEON HARRIS JR. ("Plaintiff") and Defendant VEGAS VALLEY COLLECTION, LLC ("VVC") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against VVC, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing

requirements as to VVC be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to VVC.

Dated: August 9, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
***LEON HARRIS JR.***

**IT IS ORDERED** that the settling parties shall have until **October 10, 2017**, to either file a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

Dated: August 11, 2017

Peggy A. Leen
United States Magistrate Judge