1  David H. Krieger, Esq.
   Nevada Bar No. 9086
2  HAINES & KRIEGER, LLC
3  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
4  Phone: (702) 880-5554
5  FAX: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com
6  *Attorney for Plaintiff, LEON HARRIS JR.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LEON HARRIS JR., | **Case No. 2:17-cv-00685-APG-PAL** |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING ACTION** |
| VEGAS VALLEY COLLECTION, LLC, | |
| Defendant. | |

Plaintiff LEON HARRIS JR. and Defendant VEGAS VALLEY COLLECTION, LLC hereby stipulate and agree that the above-entitled action shall

…
…
…
…
…
…
…
…

be dismissed in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, and costs of suit.

Dated: August 17, 2017

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/ Michael Rhodes, Esq. |
| David H. Krieger, Esq. | Michael Rhodes, Esq. |
| Nevada Bar No. 9086 | Law Offices of Michael Rhodes, PLLC |
| HAINES & KRIEGER, LLC | 703 South Eighth Street |
| 8985 S. Eastern Avenue | Las Vegas, NV 89101 |
| Suite 350 | *Attorney for Defendant VEGAS VALLEY COLLECTION, LLC* |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: 8/18/2017